UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| QL2 SOFTWARE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS LAVEAU,<br><br>Defendant. | NO. C17-01489-JPD<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION FOR EXTENSION OF DEADLINES |

This matter comes before the Court upon the Stipulated Motion to Extend Deadlines filed by QL2 Software, LLC ("QL2"). Dkt. 29. Although the parties are currently conducting discovery, QL2's lead counsel has been called to serve in the Army National Guard outside of the country in late February 2018. Counsel's absence will prevent him from receiving discovery responses and completing a deposition of Mr. Laveau prior to the current dispositive motion deadline. *Id*. at 2.

The Court, having reviewed the parties' stipulated motion and the balance of the record, finds good cause to grant the relief requested. Accordingly, the Court amends the December 15, 2017 Order Setting Trial Date and Pretrial Schedule, Dkt. 27, as follows:

- Cross-Motions for Summary Judgment are due by no later than **April 5, 2018**;
- Telephone Status Conference shall be held on **April 4, 2018 at 1:30 p.m.**; and

ORDER– 1

- Reports of expert witnesses under FRCP 26(a)(2) are due by no later than **May 25, 2018**.

The Clerk is directed to send a copy of this Order to counsel for both parties.

DATED this 21st day of February, 2018.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
Chief United States Magistrate Judge