Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| QL2 SOFTWARE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS LAVEAU,<br><br>Defendant. | NO. C17-01489-JPD<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION TO AMEND DEADLINE FOR EXPERT WITNESS DISCLOSURES |

This matter comes before the Court upon the Stipulated Motion to Amend Deadline for Expert Witness Disclosures filed by defendant Thomas Laveau. Dkt. 52. The Court, having reviewed the parties' stipulated motion and the balance of the record, finds good cause to grant the relief requested. Accordingly, the Court amends the February 21, 2018 Order regarding the pretrial schedule, Dkt. 30, as follows:

- Reports of expert witnesses under FRCP 26(a)(2) are due by no later than **June 25, 2018**.

The Clerk is directed to send a copy of this Order to counsel for both parties.

DATED this 22nd day of May, 2018.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER– 1